**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2913-24

ROOSEVELT MANOR PHASE V,

     Plaintiff-Respondent,

v.

SAPRINA FUTRELL, SABRINA
GRAVES, ALVIN GRAVES,

     Defendants-Appellants.

_____

          Submitted May 27, 2026 – Decided June 4, 2026

          Before Judges Chase and Augostini.

          On appeal from the Superior Court of New Jersey, Law Division, Camden County, Docket No. LT-001768-25.

          South Jersey Legal Services, attorneys for appellants Sabrina Graves and Alvin Graves (Sabrina Williams, John Pendergast, Maria Born and Kenneth Goldman, on the briefs).

          Greenblatt, Lieberman, Richards & Weishoff, LLC, attorneys for respondent (Nicolas G. Rotsides, on the brief).

PER CURIAM

The parties to the appeal have settled the issues between them.    In accordance with the stipulation they have filed, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is
a true copy of the original on file in
my office.

*M.C. Harley*

Clerk of the Appellate Division

2